IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RANDALL LEE DUNCAN                                               PLAINTIFF

    v.      No. 05-5030

WASHINGTON COUNTY SHERIFF'S OFFICE
FIRST AND SECOND SHIFT EMPLOYEES                                 DEFENDANTS

**O R D E R**

Now on this 30th day of November 2005, comes on for consideration the report and recommendation filed herein on September 29, 2005, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 7.) No objections to the report and recommendation have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, plaintiff's complaint is dismissed on the grounds that it is frivolous and fails to state a claim. See 28 U.S.C. § 1915(e)(2)(B).

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE